Penachio Malara LLP
Anne Penachio Esq.
235 Main Street
White Plains, NY 10601

DATE RECEIVED: Apr 01 2014          TIME RECEIVED: 07:46AM          TOTAL SERVED: 12

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Pjetr Realty Inc. | CASE NO: 13-23894 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. |
| | Judge: Robert D. Drain |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 4/1/2014, a copy of the following documents, described below,

Order Establishing Deadline for filing Proofs of Claim and approving the form and manner of notice thereof,

Notice of Deadline Requiring Filing of Proofs of Claim on or before May 22 2014 at 5:00 PM New York time

Case specific Proof of Claim form

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Penachio Malara LLP
Anne Penachio Esq.
235 Main Street
White Plains, NY 10601

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0208-7<br>CASE 13-23894-RDD<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS<br>TUE APR 1 12-05-34 EDT 2014 | PJETR REALTY INC.<br>P.O. BOX 34<br>BRIARCLIFF MANOR NY 10510-0034 | ~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS NY 10601-4140~~ |
| ALICE<br>600 FIFTH AVENUE<br>PELHAM NY 10803-1208 | CONSOLIDATED EDISON<br>JAF STATION<br>PO BOX 1702<br>NEW YORK NY 10116-1702 | CONSOLIDATED EDISON COMPANY OF NEW<br>4 IRVING PLACE RM 1875-S<br>NEW YORK NY 10003-3502 |
| CULLEN AND DYKMAN LLP<br>100 QUENTIN ROOSEVELT BLVD<br>GARDEN CITY NY 11530-4850 | CULLEN AND DYKMAN LLP<br>ATTN- BONNIE L. POLLACK<br>100 QUENTIN ROOSEVELT BOULEVARD<br>GARDEN CITY NY 11530-4850 | JACK MUNGOVAN<br>600 FIFTH AVENUE<br>PELHAM NY 10803-1208 |
| NYS DEPT OF TAX & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | PELHAM SOCIAL LLC<br>600 FIFTH AVENUE<br>PELHAM NY 10803-1208 | RIDGEWOOD SAVINGS BANK<br>843 BRONX RIVER ROAD<br>BRONXVILLE NY 10708-7058 |
| RIDGEWOOD SAVINGS BANK<br>CO CULLEN AND DYKMAN LLP<br>ATTN- BONNIE POLLACK ESQ.<br>100 QUENTIN ROOSEVELT BLVD.<br>GARDEN CITY NY 11530-4850 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET ROOM 1006<br>NEW YORK NY 10014-9449 | ~~ANNE J. PENACHIO~~<br>~~PENACHIO MALARA LLP~~<br>~~235 MAIN STREET~~<br>~~SIXTH FLOOR~~<br>~~WHITE PLAINS NY 10601-2416~~ |