UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                                    Chapter 11
                                                                                 Case No. 13-23894 (RDD)
Pjetr Realty, Inc.

                                    Debtor.
-------------------------------------------------------X

**ORDER (A) APPROVING AMENDED DISCLOSURE STATEMENT AND FORM OF BALLOT, (B) SCHEDULING HEARING ON CONFIRMATION OF AMENDED PLAN OF LIQUIDATION AND ESTABLISHING A DEADLINE AND PROCEDURES FOR FILING OBJECTIONS THERETO, (C) ESTABLISHING VOTING PROCEDURES AND DEADLINE FOR SUBMISSION OF BALLOTS, (D) APPROVING FORM OF NOTICE, AND (E) GRANTING RELATED RELIEF**

Ridgewood Savings Bank ("Ridgewood"), having filed with this Court a Disclosure Statement dated May 27, 2014 pursuant to Section 1125 of the United States Bankruptcy Code, subsequently amended on July 10, 2014 (the "Disclosure Statement"), with respect to Ridgewood's proposed Chapter 11 Plan of Liquidation filed by Ridgewood as Plan Sponsor dated May 27, 2014, subsequently amended on July 10, 2014 (the "Plan"), in the case of Pjetr Realty, Inc., the debtor and debtor in possession herein (the "Debtor"); and this Court having conducted a hearing on June 30, 2014 (the "Disclosure Hearing") upon Ridgewood's request for entry of an order approving the Disclosure Statement, approving the procedures for voting upon the Plan as contained in the Disclosure Statement, approving the Ballot for voting upon the Plan, scheduling a hearing on confirmation of the Plan (the "Confirmation Hearing"), and approving the form of notice of the Confirmation Hearing; and due and sufficient notice of the Disclosure Hearing having been provided by Ridgewood in accordance with Rules 2002 and 3017 of the Federal Rules of Bankruptcy Procedure; and at the Disclosure Hearing, the Court having considered the arguments of Ridgewood, the Debtor, and other parties in interest as to the adequacy of the information contained in the May 27, 2014 Disclosure Statement and related

relief requested, and having provided Ridgewood with comments on the May 27, 2014 Disclosure Statement; and Ridgwood having properly addressed those comments in the Disclosure Statement; and the Court having determined that the Disclosure Statement contains "adequate information" and otherwise complies with Section 1125 (a) of the Bankruptcy Code; and after due deliberation and for good and sufficient cause shown, it is hereby

ORDERED, THAT:

1. The Disclosure Statement is approved as containing "adequate information" pursuant to Section 1125(a) of the Bankruptcy Code.

2. That the voting procedures contained in Part VI.C. of the Disclosure Statement are approved.

3. The ballot for voting upon the Plan in the form attached hereto as Exhibit "A" (the "Ballot") is approved.

4. The Notice of the Confirmation Hearing in the form attached hereto as Exhibit "B" (the "Notice") is approved.

5. On or before July 15, 2014, Ridgewood is authorized and shall disseminate, to all parties required to receive notice pursuant to Rules 2002 and 3017(d) of the Federal Rules of Bankruptcy Procedure, a copy of the Plan, the Disclosure Statement, this Order, the Ballot (to all parties entitled to vote on the Plan) and the Notice.

6. **August 25, 2014 at 5:00 p.m.** (New York time) is fixed as the last date for receipt by Ridgewood's Balloting Agent, Cullen and Dykman LLP ("C&D") at the address set forth in paragraph 10, below, of Ballots accepting or rejecting the Plan in accordance with the procedures contained in the Disclosure Statement; any Ballot not completed and signed as set forth on the Ballot instructions and timely received on or before such date shall not be counted.

7.      C&D shall prepare and file by August 28, 2014 a certification and tabulation of Ballots which were timely received in accordance with the provisions of this Order, the Ballot and the Disclosure Statement.

8.      C&W shall file a proposed Confirmation Order by August 28, 2014, which shall be made available at that time to any entity which requests a copy from C&W at the address set forth in paragraph 10 below.

9.      The Confirmation Hearing will be held on **September 4, 2014 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, before the Honorable Robert D. Drain United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

10.      Any objections to confirmation of the Plan and entry of a Confirmation Order shall (a) be in writing; (b) state with particularity the grounds therefor and include, when possible, proposed language for amending the Plan to resolve such objection; (c) be filed with the Clerk of the Bankruptcy Court; and (d) be served upon (i) Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY, 11530, Attention: Bonnie L. Pollack, Esq.; and (ii) the Office of the United States Trustee, 201 Varick Street, Room 1006, New York, NY 10014, with a copy to the Court's chambers so as to all be received no later than **August 28, 2014 at 5:00 p.m.**

11.      The Confirmation Hearing may be adjourned without further notice, and interested parties may contact counsel for the Ridgewood to confirm whether the Confirmation Hearing will proceed as scheduled.

12.      This Court shall retain jurisdiction to hear all such matters as may be related to, or

arise from, this Order, or the materials to be disseminated pursuant to the terms of this Order.

Dated:  White Plains, New York
      July 10, 2014

                                        /s/Robert D. Drain
                                  United States Bankruptcy Judge

**EXHIBIT "A"**

CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY  11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Attorneys for Ridgewood Savings Bank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 13-23894 (RDD) |
| Pjetr Realty, Inc. | |
| Debtor. | |

-------------------------------------------------------X

# BALLOT ACCEPTING OR REJECTING AMENDED
# PLAN OF LIQUIDATION FILED BY
# RIDGEWOOD SAVINGS BANK AS PLAN SPONSOR

The Amended Plan of Liquidation dated July 10, 2014, filed with the Bankruptcy Court by Ridgewood Savings Bank as Plan Sponsor and referred to in this ballot (the "Plan"), can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class of creditors and holders of equity interests which is impaired under the Plan.  Each impaired class of creditors may accept the Plan if the holders of at least two-thirds (2/3) in amount and more than one half (1/2) in number of the allowed claims which vote on the Plan vote to accept the Plan.

To have your vote count, you must complete, sign and return this ballot to:

Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York  11530
Attn: Bonnie L. Pollack, Esq.

All ballots must be **received** by **5:00 p.m**. New York Time on **August 25, 2014**.  Any ballots received after such time shall not be counted.

Procedures for voting upon the Plan and completing this ballot are set forth in Part VI.C. of the Amended Disclosure Statement dated July 10, 2014 approved by the Bankruptcy Court in connection with the Amended Plan and should be reviewed.

  The undersigned, a creditor in Class _____ of the Plan, holding a claim in the amount of $_____ (fill in the dollar amount of claim) [or a \_\_\_% interest holder in Class 4 of the Plan]:

  Check One:

    □  Accepts the Plan

    □  Rejects the Plan

  <u>Corporation</u>:  IF THE CLAIMANT IS A CORPORATION, PRINT THE NAME OF CORPORATION ON LINE (1) ONE; AN OFFICER OF CORPORATION SIGNS HIS NAME ON LINE (2) TWO; PRINT THE TITLE OF OFFICE, SUCH AS "PRESIDENT", ON LINE (3) THREE.

  <u>Partnership</u>:  IF CLAIMANT IS A PARTNERSHIP, PRINT THE NAME OF THE PARTNERSHIP ON LINE (1) ONE; A PARTNER SIGNS HIS NAME ON LINE (2) TWO; PRINT "PARTNER" ON LINE (3) THREE.

  <u>Individual</u>:  IF THE CLAIMANT IS AN INDIVIDUAL DOING BUSINESS UNDER HIS OR HER OWN NAME, PRINT SUCH NAME ON LINE (1) ONE; SIGN SUCH NAME ON LINE (2) TWO; AND DISREGARD LINE (3) THREE.

  IF CLAIMANT DOES BUSINESS UNDER A COMPANY OR TRADE NAME, PRINT THAT NAME ON LINE (1); SIGN OWN NAME ON LINE (2) TWO; AND PRINT "OWNER" ON LINE (3) THREE.

Dated: _____

            (1)_____
              Name of Creditor (PLEASE PRINT)

            (2)_____
              (Signature)

            (3)_____
              (Title)

            _____
              (Address)

            _____

            _____

**Exhibit "B"**

CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.

Attorneys for Ridgewood Savings Bank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:                                                    Chapter 11
                                                          Case No. 13-23894 (RDD)
Pjetr Realty, Inc.

                        Debtor.
-------------------------------------------------------X

# NOTICE OF APPROVAL OF AMENDED DISCLOSURE STATEMENT AND OF HEARING ON CONFIRMATION OF AMENDED PLAN OF LIQUIDATION FILED BY RIDGEWOOD SAVINGS BANK AS PLAN SPONSOR

PLEASE TAKE NOTICE, that on **September 4, 2014 at 10:00 p.m.** (the "Confirmation Hearing"), or as soon thereafter as counsel may be heard, Ridgewood Savings Bank ("Ridgewood"), by its attorneys, Cullen and Dykman LLP, will move this Court before the Honorable Robert D. Drain United States Bankruptcy Judge, for entry of an order (the "Confirmation Order"), confirming the proposed Amended Plan of Liquidation filed by Ridgewood as Plan Sponsor dated July 10, 2014 (the "Plan"), a copy of which Plan is being provided to you with this Notice. Also provided with this Notice are: (a) Ridgewood's Amended Disclosure Statement dated July 10, 2014 (the "Disclosure Statement") which, by order of the Bankruptcy Court dated July __, 2014 (the "Disclosure Statement Order"), was approved as containing "adequate information" pursuant to Section 1125 of the United States Bankruptcy

Code; (b) the Disclosure Statement Order; and (c) a Ballot for voting upon the Plan, the form of which was approved by the Disclosure Statement Order.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Disclosure Statement Order, the Bankruptcy Court approved the procedures for voting upon the Plan as set forth in Part VI.C of the Disclosure Statement, which should be reviewed by all claimants and parties-in-interest in their entirety. Among other things, the Court has fixed a deadline of **August 25, 2014 at 5:00 p.m.** (New York time) for receipt by Ridgewood's Ballot Agent, Cullen and Dykman LLP, of all Ballots cast accepting or rejecting the Plan.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to entry of the Confirmation Order must: (a) be in writing; (b) state with particularity the grounds therefore; (c) be filed with Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, 271 Cadman Plaza East Brooklyn, New York 11201-1800, (with a copy to Judge Craig's chambers); and (d) be served upon (i) Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY, 11530, Attention: Bonnie L. Pollack, Esq.; and (ii) the Office of the United States Trustee, 300 Quarropas Street, White Plains, New York 10601 (with a copy to the Court's chambers), so as to all be received no later than **August 28, 2014 at 5:00 p.m.**.

**PLEASE TAKE FURTHER NOTICE, that you need not appear at the Confirmation Hearing if you do not object to the relief to be requested at the Confirmation Hearing.**

PLEASE TAKE FURTHER NOTICE, that the Confirmation Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the adjourned date at the Confirmation Hearing.

Dated: Garden City, New York
_____, 2014

        CULLEN AND DYKMAN LLP
        Attorneys for Ridgewood Savings Bank


        By: /s/ Bonnie L. Pollack
            Matthew G. Roseman, Esq.
            Bonnie L. Pollack, Esq.
            100 Quentin Roosevelt Blvd.
            Garden City, New York 11530
            516-357-3700